No. 12–288. ORD *v.* DISTRICT OF COLUMBIA. C. A. D. C. Cir. Certiorari denied.

No. 12–291. SMITH *v.* CSX TRANSPORTATION, INC. Sup. Ct. Ala. Certiorari denied.

No. 12–321. NEELY *v.* MCDANIEL, ATTORNEY GENERAL OF ARKANSAS. C. A. 8th Cir. Certiorari denied.

No. 12–325. SMITH *v.* UNITED STATES; and
No. 12–6340. BAKER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Reported below: 674 F. 3d 722.

No. 12–329. MINOR, INDIVIDUALLY AND AS MOTHER, NATURAL GUARDIAN, AND NEXT BEST FRIEND OF D. A. *v.* GRABE ET AL. Sup. Ct. Iowa. Certiorari denied.

No. 12–333. CARTER *v.* DEPARTMENT OF THE NAVY ET AL. C. A. D. C. Cir. Certiorari denied.

No. 12–336. CITY OF BROOKSVILLE, FLORIDA *v.* WESTCHESTER FIRE INSURANCE CO. C. A. 11th Cir. Certiorari denied.

No. 12–337. RAY *v.* SUN LIFE & HEALTH INSURANCE CO. C. A. 11th Cir. Certiorari denied.

No. 12–338. KURSCHINSKE *v.* MEADVILLE FORGING CO. C. A. 3d Cir. Certiorari denied.

No. 12–340. RUSSELL, ADMINISTRATOR OF THE ESTATE OF RUSSELL *v.* VIRGINIA BOARD OF AGRICULTURE AND CONSUMER SERVICES. Sup. Ct. Va. Certiorari denied.

No. 12–341. GUY ET AL. *v.* LEXINGTON-FAYETTE URBAN COUNTY GOVERNMENT ET AL. C. A. 6th Cir. Certiorari denied.

No. 12–345. GUIAMELON *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.